MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for JUVENAL MATA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-11-348 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE THE STATUS |
| | ) CONFERENCE |
| JUVENAL MATA-CHAVEZ, | ) |
| MARCELO RANGEL-MONGEL, | ) Date: 10-25-11 |
| AGUSTIN MERCADO-VALDOVINOS, | ) Time: 9:15 a.m. |
| MIGUEL ANGEL RUIZ and | ) Judge: Hon. Lawrence K. Karlton |
| GUILLERMO PINEDA-SOLORIO, | ) |
| Defendants. | ) |
| ================================) | |

It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, Michael Long, attorney for JUVENAL MATA-CHAVEZ, Clemente Jimenez, attorney for MARCELO RANGEL-MONGEL, Olaf Hedberg, attorney for AGUSTIN MERCADO-VALDOVINOS , Kelly Babineau, attorney for MIGUEL ANGEL RUIZ , and Erin Radekin, attorney for GUILLERMO PINEDA-SOLORIO, that the status conference date of September 27, 2011, should be continued until October 25, 2011.

Defense counsel just received a large amount of discovery.  Each defense attorney needs time to review the discovery and then meet with his or her client concerning the materials.  Each attorney then must negotiate with the prosecutor on behalf of his or her client.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of October 25, 2011, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel. Each party stipulates that each defendant's need for additional time to review the discovery outweighs each defendant's, and the public's need for a speedy trial. Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interest of the public and of all the defendants in a speedy trial and that each party would like time to be excluded as provided by Local Code T4 from today's date through October 25, 2011.

Dated:  September 23, 2011                           Respectfully submitted,

                                                     /s/ Michael D. Long_____
                                                     MICHAEL D. LONG
                                                     Attorney for Mr. Mata-Chavez

Dated:  September 23, 2011                           /s/ Clemente Jimenez____
                                                     CLEMENTE JIMENEZ
                                                     Attorney for Mr. Rangel-Mongel

Dated:  September 23, 2011                           /s/ Olaf Hedberg_____
                                                     OLAF HEDBERG
                                                     Attorney for Mr. Mercado-Valdovinos

Dated:  September 23, 2011                           /s/ Kelly Babineau_____
                                                     KELLY BABINEAU
                                                     Attorney for Mr. Angel-Ruiz

Dated:  September 23, 2011                           /s/ Erin Radekin_____
                                                     ERIN RADEKIN
                                                     Attorney for Mr. Pineda-Solario

Dated:  September 23, 2011
                                                     BENJAMIN WAGNER
                                                     United States Attorney

                                                     /s/ Heiko Coppola____
                                                     HEIKO COPPOLA
                                                     Assistant U.S. Attorney

1 MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
2 Sacramento, CA 95814
(916) 447-1920
3 Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-11-348 LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| JUVENAL MATA-CHAVEZ, | ) |
| MARCELO RANGEL-MONGEL, | ) Date: 10-25-11 |
| AGUSTIN MERCADO-VALDOVINOS, | ) Time: 9:15 a.m. |
| MIGUEL ANGEL RUIZ and | ) Judge: Hon. Lawrence K. Karlton |
| GUILLERMO PINEDA-SOLORIO, | ) |
| Defendants. | ) |
| ================================) | |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for September 27, 2011, at 9:15 a.m. be continued to October 25, 2011, at 9:15 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the granting a continuance in this case will permit each attorney to effectively represent his or her client by giving each attorney adequate time to review the recently provided discovery and then to consult with his or her client.  The ends of justice served by granting such continuance outweigh the best interest of the public and of all the defendants in a speedy trial.

The period of time from September 23, 2011, up to and including the new status conference date of October 25, 2011, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  September 27, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT