1  **ERIN J. RADEKIN**
    **Attorney at Law - SBN 214964**
2   428 J Street, Suite 350
    Sacramento, California 95814
3   Telephone: (916) 446-3331
    Facsimile: (916) 447-2988
4
    Attorney for Defendant
5   GUILLERMO PINEDA-SOLORIO

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,

11             Plaintiff,                    **2:11-CR-00348 LKK**

12  v.

13                                           **STIPULATION AND ORDER TO**
                                             **CONTINUE STATUS CONFERENCE**
14  GUILLERMO PINEDA-SOLORIO, et al.,

15             Defendants.

16

17

18                              **STIPULATION**

19       Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Heiko Coppola, defendant Marcelo Rangel-Mongel, by and through his counsel, Clemente

21  Jimenez, defendant Agustin Mercado-Valdovinos, by and his counsel, Olaf Hedberg, defendant

22  Miguel Angel Ruiz, by and through his counsel, Kelly Babineau, and defendant Guillermo Pineda-

23  Solorio, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for

24  status conference, October 25, 2011 at 9:15 a.m., and to continue the status conference to December

25  20, 2011 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

26       The reason for this request is that all above-named defense counsel need additional time to

27  complete review of discovery, review of plea agreements, and other defense preparation.  Further, the

28  above-named parties need additional time for plea negotiations.  The Court is advised that Mr.

    Copploa and all defense counsel named above concur with this request and have authorized Ms.

Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 20, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 24, 2011                     BENJAMIN WAGNER
                                            United States Attorney

                                      By:      /s/ Heiko Coppola
                                            HEIKO COPPOLA
                                            Assistant United States Attorney


Dated: October 24, 2011                        /s/ Clemente Jimenez
                                            CLEMENTE JIMENEZ
                                            Attorney for Defendant
                                            MARCELO RANGEL-MONGEL


Dated: October 24, 2011                        /s/ Olaf Hedberg
                                            OLAF HEDBERG
                                            Attorney for Defendant
                                            AGUSTIN MERCADO-VALDOVINOS


Dated: October 24, 2011                        /s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Defendant
                                            MIGUEL ANGEL RUIZ


Dated: October 24, 2011                        /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            GUILLERMO PINEDA-SOLORIO

///

//

/

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of October 25, 2011 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference on December 20, 2011 at 9:15 a.m. The court finds excludable time in this matter through December 20, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 25, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT