1 | `ERIN J. RADEKIN
**Attorney at Law - SBN 214964**
2 | 428 J Street, Suite 350
Sacramento, California 95814
3 | Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4 |
Attorney for Defendant
5 | GUILLERMO PINEDA-SOLORIO

6 |

7 | **IN THE UNITED STATES DISTRICT COURT**

8 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9 |

10 | UNITED STATES OF AMERICA,

11 |           Plaintiff,              **2:11-CR-00348 LKK**

12 | v.

13 |                           **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

14 | GUILLERMO PINEDA-SOLORIO, et al.,

15 |           Defendants.

16 |

17 |

18 | **STIPULATION**

19 |       Plaintiff, United States of America, by and through its counsel, Assistant United States

20 | Attorney Heiko Coppola, and defendant Guillermo Pineda-Solorio, by and through his counsel, Erin

21 | J. Radekin, agree and stipulate to vacate the date set for status conference, January 24, 2012 at 9:15

22 | a.m., and to continue the status conference to February 14, 2012 at 9:15 a.m. in the courtroom of the

23 | Honorable Lawrence K. Karlton.

24 |       The reason for this request is that Ms. Radekin has been unable to meet with her client at the

25 | jail to review the plea agreement and prepare for entry of a guilty plea due to her foot injury. As

26 | explained in the prior stipulation, Ms. Radekin injured her foot and had surgery for such injury on

27 | December 9, 2011. While she expected to be off of crutches by January 17th, 2012, at her visit to her

28 | doctor on that date her doctor ordered that she remain on crutches for two additional weeks. While

Ms. Radekin is on crutches it is difficult for her to visit clients at the county jail and appear in court

1  for proceedings that require long periods of standing.  Her foot, however, is healing and Ms. Radekin

2  expects to be fully mobile again in early February.  The Court is advised that Mr. Copploa concurs

3  with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

4          The parties further agree and stipulate that the time period from the filing of this stipulation

5  until February 14, 2012 should be excluded in computing time for commencement of trial under the

6  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

7  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

8  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

9  outweigh the best interests of the public and the defendant in a speedy trial.

10          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

11  IT IS SO STIPULATED

12  Dated: January 20, 2012                    BENJAMIN WAGNER
                                               United States Attorney

13
                                        By:_____/s/ Heiko Coppola_____
14                                             HEIKO COPPOLA
                                               Assistant United States Attorney
15

16
    Dated: January 20, 2012                    _____/s/ Erin J. Radekin_____
17                                             ERIN J. RADEKIN
                                               Attorney for Defendant
18                                             GUILLERMO PINEDA-SOLORIO

19
    / / /
20
    / /
21
    /
22

23

24

25

26

27

28

-2-

1

**<u>ORDER</u>**

2        For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

3 conference of January 24, 2012 at 9:15 a.m. is VACATED and the above-captioned matter is set for

4 status conference on February 14, 2012 at 9:15 a.m.   The court finds excludable time in this matter

5 through February 14, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow

6 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For

7 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

8 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

9 3161(h)(7)(A), (h)(7)(B)(iv).

10 IT IS SO ORDERED.

11 Dated: January 23, 2012

12

13 _____
LAWRENCE K. KARLTON
SENIOR JUDGE
14 UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-